PER CURIAM.
Affirmed. See § 775.082(9)(a)(1), Fla. Stat. (2006) ; State v. King, 426 So. 2d 12 (Fla. 1982) ; McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013) ; Williams v. State, 112 So. 3d 109 (Fla. 2d DCA 2013) (table decision); State v. Akers, 104 So. 3d 1259 (Fla. 2d DCA 2013) ; Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009) ; Bizzell v. State, 912 So. 2d 386 (Fla. 2d DCA 2005) ; Fitzpatrick v. State, 868 So. 2d 615 (Fla. 2d DCA 2004) ; Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002) ; Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000) ; Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA 1991) ; Baker v. State, 91 So. 3d 179 (Fla. 5th DCA 2012) ; Baker v. State, 831 So. 2d 217 (Fla. 5th DCA 2002).
NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.